**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7034**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

       versus

RAYMOND EDWARD JAMES,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge.  (CR-85-12)

———————

Submitted:  December 19, 2001        Decided:  January 11, 2002

———————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Raymond Edward James, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond Edward James appeals the district court's order denying his Fed. R. Crim. P. 35(a) motion. Our review of the record discloses this appeal is meritless. We simply do not agree with James' argument that his sentence of life imprisonment, imposed in 1985 upon his conviction for violating 18 U.S.C.A. § 2113(e) (West 2000), is illegal. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

2